TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
101 E. Front Street, Suite 401
Missoula, MT 59802
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542 8851
FAX: (406) 542 1476
Email: tara.elliott@usdoj.gov



FILED

MAR 02 2023

Clerk, U.S District Court
District Of Montana
Great Falls

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 23- 16 -M- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br>(Penalty for fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count 2)<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any |
| RYAN CREIGHTON DOAK,<br><br>Defendant. | |

|  | other sentence, $250,000 fine, and five years of supervised release)<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM (Count 3)**<br>**Title 18 U.S.C. § 922(g)(1)**<br>**(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**FORFEITURE**<br>**Title 21 U.S.C. §§ 853, 881**<br>**Title 18 U.S.C. § 924(d)**<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

On or about February 2, 2023, in Mineral County, in the State and District of Montana, the defendant, RYAN CREIGHTON DOAK, knowingly and unlawfully possessed with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2

On or about February 2, 2023, in Mineral County, in the State and District of Montana, the defendant, RYAN CREIGHTON DOAK, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession with intent to distribute controlled substances, as alleged in count 1 above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about February 2, 2023, in Mineral County, in the State and District of Montana, the defendant, RYAN CREIGHTON DOAK, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in count 1 in this indictment, the defendant, RYAN CREIGHTON DOAK, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any

manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of the offense set forth in counts 2 or 3 in this indictment, the defendant, RYAN CREIGHTON DOAK, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

For JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney