IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CREIGHTON DOAK,<br><br>Defendant. | CR 23–16–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Ryan Creighton Doak's Unopposed Motion to Enlarge Time to File Reply Brief in Support of Motion to Suppress Evidence. (Doc. 31.) The motion requests a nine-day extension of the deadline to file his reply brief to May 12, 2023, because counsel for Mr. Doak was before this court on April 26–27th for a bench trial. (*Id.* at 2.) The United States does not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 31) is GRANTED in part. Mr. Doak may file his reply brief on or before May 10, 2023.

DATED this 2nd day of May, 2023.

Dana L. Christensen, District Judge
United States District Court

1